IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. H-19-3219 |
| § | |
| BRONKEISE SAMPLE § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum and Order issued today, this case is dismissed with prejudice.

This is a final judgment.

SIGNED on July 17, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge